UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DISTRICT

| | |
|---|---|
| MICHAEL A. STROM, Pro se,<br><br>      Plaintiff,<br>vs.<br>GMAC,<br><br>      Defendant. | Case No.: CV 10-03768-JST(RCx)<br><br>**JUDGMENT** |
| ALLY FINANCIAL, INC.<br><br>      Counterclaimant,<br>vs.<br>MICHAEL ALEXANDER STROM,<br><br>      Counter-Defendant. | |

This action came before the Court on July 18, 2011, the Hon. Josephine Staton Tucker presiding, on ALLY FINANCIAL, INC.'S Motion for Reconsideration of Order Granting Its Motion to Enforce Settlement. This Court, having considered ALLY FINANCIAL, INC.'s Motion for Reconsideration of Order Granting Its Motion to Enforce Settlement, as well as the evidence, arguments and issues presented in same, and a decision having been duly rendered,

[

1       IT IS ORDERED AND ADJUDGED as follows:

2       1.    ALLY FINANCIAL, INC. ("Ally") shall have a judgment in its favor and against MICHAEL A. STROM ("Plaintiff") in the amount of fourteen-thousand dollars ($14,000.00);

      2.    Plaintiff is ordered to immediately surrender the subject vehicle, a certain 2006 Chevrolet Impala, bearing Vehicle Identification Number 261WD58C869329577 (the "Vehicle"), to Ally or its designated representative, at a time and location designated by Ally or its counsel of record;

      3.    Any amounts Ally may recover in a sale of the Vehicle at auction shall be credited against the $14,000 judgment Plaintiff is to pay Ally; and

      4.    Ally shall recover its attorney's fees from Plaintiff in the amount of one-thousand three-hundred and fifty dollars ($1,350.00).

DATED: August 04, 2011       _____
      Josephine Staton Tucker
      United States District Judge